August 26, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

GIAO Q. NGUYEN AND HIEU T. NGUYEN, Appellants

NO. 14-13-01017-CV                        V.

SEPHORA USA, Appellee

_____

This cause, an appeal from the judgment signed November 5, 2013 in favor of appellee Sephora USA, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellee Sephora USA.

We further order this decision certified below for observance.